**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ORTIZ and PAULINE ORTIZ;<br>    Plaintiffs,<br>   vs.<br>ARMSTRONG INTERNATIONAL, INC., et al.<br>    Defendants.<br>_____ | Case No. CV 13-06494 WGY (SS)<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION** |

///
///
///

**ORDER OF DISMISSAL OF ENTIRE ACTION**

Page 1

The Court has read and considered the stipulation of Plaintiffs Jose and Pauline Ortiz and Defendants.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), and good cause appearing, the Court hereby approves the parties' stipulation.

The entire action is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: March 18, 2015                    /s/ William G. Young_____
                                          Hon. William G. Young
                                          United States District Judge

**ORDER OF DISMISSAL OF ENTIRE ACTION**

Page 2